United States District Court
Southern District of Texas
**ENTERED**
July 30, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ADRIANA GUTIERREZ )<br>)<br>VS. )<br>)<br>OCWEN LOAN SERVICING, LLC, )<br>AS SERVICER FOR THE BANK OF )<br>NEW YORK MELLON TRUST COMPANY, )<br>NATIONAL ASSOCIATION FKA THE )<br>BANK OF NEW YORK TRUST COMPANY, )<br>N.A., AS SUCCESSOR TO JP MORGAN )<br>CHASE BANK, N.A., AS TRUSTEE )<br>FOR RESIDENTIAL ASSET MORTGAGE )<br>PRODUCTS, INC., MORTGAGE )<br>ASSET-BACKED PASS-THROUGH )<br>CERTIFICATES SERIES 2006-RP3 ) | CIVIL ACTION NUMBER<br><br>M-18-082 |

ORDER OF DISMISSAL

On the 18th day of June, 2018, came on to be heard the Defendant's "Motion to Dismiss Original Petition" (Docket Entry Number 9), and the Court, after having considered said motion and the pleadings on file, granted said motion for the reasons stated on the record. It is, therefore,

ORDERED, ADJUDGED, and DECREED that Defendant's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

The Clerk shall send a copy of this order to counsel for the parties.

DONE on this 29th day of July, 2018, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE